**Century Trust & Savings Bank, appellee, v. George C. Peterson Company, appellant. Gen. No. 26,173.**

Action against a corporation and an individual as guarantors of a promissory note. Suit dismissed as to the individual defendant and judgment rendered against the corporation. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed October 4, 1921.

John A. Bussian, for appellant. Harris, Reinhardt & Vanier, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**W. A. Case & Son Manufacturing Company, defendant in error, v. C. Erwin Norman, trading as C. Erwin Norman & Company, plaintiff in error. Gen. No. 26,242.**

Action upon two promissory notes and upon an open account for merchandise sold and delivered. Verdict and judgment for plaintiff on one note and the open account and against defendant's claim of set-off. Error to the Municipal Court of Chicago; the Hon. Edward T. Wade, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Cleland, Lee & Phelps, for plaintiff in error; Lester E. Lee, of counsel. Hoyne & O'Connor, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Mid-West Collection Bureau, appellant, v. Otto F. Becwar, appellee. Gen. No. 26,283.**

Action by plaintiff as assignee upon a contract by which defendant agreed to take a correspondence course in advertising and to pay for same. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Clarence A. Samuel, for appellant. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**T. B. Wood, appellant, v. F. Johnson and F. Johnson & Company, appellees. Gen. No. 26,303.**

Action for damages to premises by the maintaining of a nuisance upon adjoining premises. Verdict and judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Julian Kwasigroch, for appellant. J. S. Dudley, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.